(Del. Rev. 11/14) Pro Se General Complaint Form

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2023 MAR 31 PM 1:03

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JEFFREY E FURMAN

PACER ACCT # 7444687

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

OASIS SENIOR ADVISORS

TYRELL HOUSE

JEWISH FAMILY SERVICES

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Civ. Action No. 23-369

(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☐ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:

FURMAN, JEFFREY
Name (Last, First, MI)

211 W 21ST ST
Street Address

NEW CASTLE COUNTY, WILMINGTON    DE    19802
County, City                     State   Zip Code

302-510-9238                     CCROPC@GMAIL.COM
Telephone Number                 E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:

JEWISH FAMILY SERVICES OF DELAWARE
Name (Last, First)

99 PASSMORE RD
Street Address

NEW CASTLE COUNTY, WILMINGTON    DE    19803
County, City                     State   Zip Code

Defendant 2:

TYRELLS HOUSING LLP
Name (Last, First)

3425 CHAPMAN RD
Street Address

BALTIMORE COUNTY, RANDALLSTOWN    MD    21133
County, City                      State   Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

### Defendant(s) Continued

Defendant 3: __OASIS SENIOR ADVISORS__
Name (Last, First)

_____
Street Address

NEW CASTLE COUNTY, HOCKESSIN    DE    19707
County, City                    State  Zip Code

Defendant 4: _____
Name (Last, First)

_____
Street Address

_____
County, City    State    Zip Code

### II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

4th / 5th / 7th/ 8th / 9th / 10th/ amendment

(Del. Rev. 11/14) Pro Se General Complaint Form

### III.  VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

SUBSTANTIAL PART WAS IN DELAWARE, IN THIS DISTRICT

### IV.  STATEMENT OF CLAIM

Place(s) of occurrence: DELAWARE AND MARYLAND

Date(s) of occurrence: ON OR ABOUT APRIL 5TH

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

ON OR ABOUT APRIL 5, 2021, MONEY WAS TAKEN FROM THE PLAINTIFF IN DELAWARE AND CONVERTED IN MARYLAND AND DID NOT COMPLETE THEIR CONTRACTUAL OBLIGATIONS. PLAINTIFF WAS COERCED TO TRAVEL FROM DELAWARE FROM RANDALLSTOWN MD FOR SERVICES THAT WERE NOT RENDERED. NOTE: PLAINTIFF IS RIGHT SIDE PARALYZED.

(Del. Rev. 11/14) Pro Se General Complaint Form

PLAINTIFF WAS TRANSPORTED BY FRIEND ARNOLD HOROWITZ

Was anyone else involved?

(Del. Rev. 11/14) Pro Se General Complaint Form

302-865-7089 OASIS

| Who did what? | JEWISH FEDERATION OF DELAWARE UNDER RECOMMENDATION OF DAVID MCMANN OR MCMANN SENIOR OASIS ADVISORS SEND JEFFREY TO TYRELL HOUSE IN RANDALLSTOWN MD |

Plaintiff discovered there were no diabetic services available.
~~4 Plaintiff discovered there was not even a hospital bed that plaintiff could operate mechanically.~~
The same day plaintiffs catheter failed, plaintiff had to go to North West hospital in Baltimore county on an emergency basis.
When North West hospital repaired the plaintiffs catheter and gave diabatic services, plaintiff was taken back to Delaware the next morning because he could not return to Tyrell House which did not have the contracted for and paid for services.
Plaintiff requested a return of the 6,000 in the form of 3,000 for 30 days first services not being available and 3,000 security deposit.
The lawsuit seeks reimbursement of the money paid plus interest, plus court costs, plus pain and suffering.

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Injuries
~~Injured urethra from non existent / POOR catheter care~~
Injured from delay of diabetic care from related high sugars
~~Injury from muscle atrophy due to the delay of time of not receiving services.~~
Injury from amount of stress which eventually resulted in gall bladder removal.
Reimbursement of interest on the money that Tyrell House has held.
Sanctions under Delaware law for abuse of a senior.
Any legal sanctions to prevent the further operation of tyrell house under false pretenses.

## VI. RELIEF

The relief I want the court to order is:

[X]   Money damages in the amount of:   $ approximately  $17,000

[ ]   Other (explain):

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

3/29/2023
Dated

*[signature]*
Plaintiff's Signature

FURMAN, JEFFREY, E
Printed Name (Last, First, MI)

| 211 W 21ST ST | WILMINGTON | DE | 19802 |
|---|---|---|---|
| Address | City | State | Zip Code |

302-510-9238
Telephone Number

CCROPC@GMAIL.COM
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**