IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY E. FURMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-369 (MN) |
| | ) |
| OASIS SENIOR ADVISORS, TYRELL | ) |
| HOUSE, and JEWISH FAMILY | ) |
| SERVICES, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

At Wilmington, this 2nd day of May 2024;

On March 8, 2024, the Court entered an Orde that, *inter alia*, ordered Plaintiff to show cause on or before April 8, 2024 why this action should not be dismissed as to Defendant Tyrells Housing LLP for failure to prosecute. (D.I. 21).  To date, Plaintiff has not responded to the Court's Order.  THEREFORE, IT IS HEREBY ORDERED that this action is dismissed without prejudice as to Tyrells Housing LLP (the only remaining defendant in this action).  The Clerk of Court is directed to CLOSE this case.

The Honorable Maryellen Noreika
United States District Judge